IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA**, a federally recognized Indian Tribe; **OMAHA TRIBE OF NEBRASKA**, a federally recognized Indian Tribe; **VICTORIA KITCHEYAN; CHEYENNE ROBINSON; BRIAN CHAMBERLAIN; RONA STEALER; JAMES LOUIS LaROSE; ARIC ARMELL; ESTHER MERCER; LYNELLE BLACKHAWK;** and **GREGORY PHILLIPS**, | Civil No. 8:23-cv-00020-RFR-CRZ |
| Plaintiffs, | |
| v. | |
| **THURSTON COUNTY, NEBRASKA; THURSTON COUNTY BOARD OF SUPERVISORS; GLEN MEYER**, in his official capacity as Chairman; **MARK ENGLISH**, in his official capacity as Vice Chairman; **GEORGIA MAYBERRY**, in her official capacity as Supervisor; **JAMES PRICE, SR.**, in his official capacity as Supervisor; **DAVIN FRENCH**, in his official capacity as Supervisor; **ARNIE HARLAN**, in his official capacity as Supervisor; **JIM MUELLER**, in his official capacity as Supervisor; and **PATTY BESSMER**, in her official capacity as COUNTY CLERK, | **PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Article III, Section 2 of the United States Constitution, and because of the reasons provided in the memorandum in support of this Motion, Plaintiffs respectfully move this Court for an order dismissing Defendants' Counterclaim.

Respectfully submitted this 30th day of March, 2023.

By: s/ Michael S. Carter
Michael S. Carter
OK No. 31961
E-mail: carter@narf.org
Allison A. Neswood
CO No. 49846
E-mail: neswood@narf.org
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Avenue
Boulder, CO 80302
(303) 447-8760

Samantha B. Kelty
AZ No. 024110, TX No. 24085074
E-mail: kelty@narf.org
NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166

By: s/ James Thomas Tucker
Ezra Rosenberg
DC No. 360927
E-mail: erosenberg@lawyerscommittee.org
James Thomas Tucker
AZ No. 019341
E-mail: jtucker@lawyerscommittee.org
Jennifer Nwachukwu
DC No. 1644313
E-mail: jnwachukwu@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
*Attorneys for the Plaintiffs*

By: s/ Jennifer Bear Eagle
Jennifer Bear Eagle
NE No. 24031
Email: jbeareagle@bigfirelaw.com
Nicole E. Ducheneaux
NE No. 25386
E-mail: nducheneaux@bigfirelaw.com
Lillian M. Alvernaz
MT No. 58335824
E-mail: lalvernaz@bigfirelaw.com
Big Fire Law and Policy Group, LLP
1905 Harney Street, Suite 300
Omaha, Nebraska 68102
Telephone: (531) 466-8725
Facsimile: (531) 466-8792

*Attorneys for the Winnebago Tribe of Nebraska, Victoria Kitcheyan, Brian Chamberlain, Rona Stealer,*
*James Louis LaRose, Aric Armell, Esther Mercer,*
*and Lynelle Blackhawk*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was on the 30th day of March, 2023 filed electronically with the Clerk of Court through CM/ECF system.

*s/ Michael S. Carter*
Michael S. Carter