IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WINNEBAGO TRIBE OF NEBRASKA**, a federally recognized Indian Tribe; **OMAHA TRIBE OF NEBRASKA**, a federally recognized Indian Tribe; **VICTORIA KITCHEYAN; CHEYENNE ROBINSON; BRIAN CHAMBERLAIN; RONA STEALER; JAMES LOUIS LaROSE; ARIC ARMELL; ESTHER MERCER; LYNELLE BLACKHAWK;** and **GREGORY PHILLIPS**, | Civil No. 8:23-cv-00020-RFR-CRZ |
| Plaintiffs/Counterdefendants, | |
| v. | |
| **THURSTON COUNTY, NEBRASKA; THURSTON COUNTY BOARD OF SUPERVISORS; GLEN MEYER**, in his official capacity as Chairman; **MARK ENGLISH**, in his official capacity as Vice Chairman; **GEORGIA MAYBERRY**, in her official capacity as Supervisor; **JAMES PRICE, SR.**, in his official capacity as Supervisor; **DAVIN FRENCH**, in his official capacity as Supervisor; **ARNIE HARLAN**, in his official capacity as Supervisor; **JIM MUELLER**, in his official capacity as Supervisor; and **PATTY BESSMER**, in her official capacity as COUNTY CLERK, | ASSENTED MOTION FOR ENTRY OF CONSENT DECREE |
| Defendants/Counterclaimants. | |

Pursuant to a settlement agreement among the parties to this action, the parties respectfully request that the Court approve the proposed consent decree attached as Exhibit 1 hereto and enter it as an Order of this Court. Counsel for the parties in this action have approved this motion.

Dated this 22nd day of November, 2023.

1

By: *s/ Michael S. Carter*
Michael S. Carter
OK No. 31961
E-mail: carter@narf.org
Allison A. Neswood
CO No. 49846
E-mail: neswood@narf.org
NATIVE AMERICAN RIGHTS FUND
250 Arapahoe Avenue
Boulder, CO 80302
(303) 447-8760

Samantha B. Kelty
AZ No. 024110, TX No. 24085074
E-mail: kelty@narf.org
NATIVE AMERICAN RIGHTS FUND
950 F Street NW, Suite 1050,
Washington, D.C. 20004
(202) 785-4166

By: *s/ Jennifer Nwachukwu*
Ezra Rosenberg
DC No. 360927
E-mail: erosenberg@lawyerscommittee.org
Jennifer Nwachukwu
DC No. 1644313
E-mail: jnwachukwu@lawyerscommittee.org
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600 (main)
*Attorneys for the Plaintiffs/Counterdefendants*

By: *s/ Lillian Alvernaz*
Lillian M. Alvernaz
MT No. 58335824
E-mail: lalvernaz@bigfirelaw.com
Big Fire Law and Policy Group, LLP
1905 Harney Street, Suite 300
Omaha, Nebraska 68102
Telephone: (531) 466-8725
Facsimile: (531) 466-8792

*Attorneys for the Winnebago Tribe of Nebraska,*
*Victoria Kitcheyan, Brian Chamberlain, Rona Stealer, James Louis LaRose, Aric Armell, Esther Mercer, and Lynelle Blackhawk*

Dated this 22nd day of November, 2023.

By: *s/ Patrick R. Guinan*
Patrick R. Guinan, #20076
Governmental Law, LLC
8040 Eiger Drive
Suite B
Lincoln, NE 68516
patrick@nrmainc.info
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing was on the 22nd day of November, 2023 filed electronically with the Clerk of Court through CM/ECF system.

<u>s/ Michael S. Carter</u><br>Michael S. Carter